| | |
|---|---|
| **Fill in this information to identify your case:** | |

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**    **Toppers Spa Salon Rittenhouse Square LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)    **81-4112977**

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **702 North 3rd Street** <br> **Philadelphia, PA 19123** <br> Number, Street, City, State & ZIP Code | **PO Box 717** <br> **Chestertown, MD 21620** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Philadelphia** <br> County | **Location of principal assets, if different from principal place of business** <br> **c/o Delaware County Linen** <br> **2626 W. 4th Street Chester, PA 19013** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Toppers Spa Salon Rittenhouse Square LLC** _____   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor **Toppers Spa Salon Rittenhouse Square LLC**                           Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Topper's Salon and Health Spa, Inc.** | Relationship | **Affiliate** |
|---|---|---|---|---|
| | District | **Eastern District of Pennsylvania** | When **7/07/23** | Case number, if known **23-12008** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Toppers Spa Salon Rittenhouse Square LLC**  Case number (*if known*)
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Toppers Spa Salon Rittenhouse Square LLC**     Case number (*if known*)
   Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 7, 2023**
                  MM / DD / YYYY

X **/s/ Richard Keaveney**               **Richard Keaveney**
Signature of authorized representative of debtor      Printed name

Title    **Sole Member**

**18. Signature of attorney**

X **/s/ Harry J. Giacometti**           Date **July 7, 2023**
Signature of attorney for debtor                             MM / DD / YYYY

**Harry J. Giacometti 55861**
Printed name

**Flaster/Greenberg, P.C.**
Firm name

**1717 Arch Street**
**Suite 3300**
**Philadelphia, PA 19103**
Number, Street, City, State & ZIP Code

Contact phone **(215) 279-9393**     Email address **harry.giacometti@flastergreenberg.com**

**55861 PA**
Bar number and State

## TOPPERS SPA SALON RITTENHOUSE SQUARE LLC
(A Pennsylvania Limited Liability Company)

### UNANIMOUS WRITTEN CONSENT OF SOLE MEMBER

The undersigned, being the sole member Toppers Spa Salon Rittenhouse Square LLC, a Pennsylvania Limited Liability Company (the "Company"), hereby adopts the following resolutions with the same force and effect as if adopted at a duly held meeting of the Members of the Company held pursuant to the Company's Operating Agreement, direct the Secretary of the Company to file this written consent with the records of the Company and consent to the taking of all prior actions referred to in such resolutions:

RESOLVED, that, in the judgment of the Member, it is desirable and in the best interests of the Company that the Company commence a bankruptcy case by filing a voluntary petition under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

FURTHER RESOLVED, that the appropriate officers of the Company be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 7 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Pennsylvania Jersey (the "Bankruptcy Court") at such time as said authorized officer executing the same shall determine; and

FURTHER RESOLVED, that the appropriate officers of the Company be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to execute and file all petitions, schedules, lists, and other papers and to take any and all actions that any of the authorized officers may deem necessary, proper or desirable in connection with the Chapter 7 case, with a view to the successful prosecution of the case; and

FURTHER RESOLVED, that the law firm of Flaster Greenberg, P.C. be, and it hereby is, employed as bankruptcy counsel for the Company under a general retainer; and

FURTHER RESOLVED, that all appropriate officers of the Company are hereby authorized to instruct the Company's bankruptcy counsel to take all necessary steps in connection with the Company's Chapter 7 case; and

FURTHER RESOLVED, that this Unanimous Written Consent of the Sole Member in lieu of a regularly scheduled meeting shall be filed with the limited liability company records of the Company.

FURTHER RESOLVED, that any and all acts by or on behalf of the Company taken by one or more of the officers of the Company in connection with or furtherance of the foregoing resolutions prior to the adoption of these resolutions be and the same hereby are in all respects ratified, approved and confirmed.



This Unanimous Written Consent shall be effective as of the ___30___ day of June, 2023, upon the signing of a copy hereof by the Sole Member of the Company.

WITNESS our hands as of the date written above.

SOLE MEMBER:

_____
RICHARD KEAVENEY

3843719 v1

```
Cantor Novak Beaver & Pike
41 University Drive # 401
Newtown, PA 18940



Commonwealth of Pennsylvania
Dept of Labor & Industry
651 Boas St. Room 915
Harrisburg, PA 17121-0750



Commonwealth of Pennsylvania
Department of Revenue
Bureau of Individual Taxes
PO Box 280431
Harrisburg, PA 17128-0431



Delaware County Linen
2626 W. 4th Street
Chester, PA 19013



Hanover Insurance Group
440 Lincoln Street
Worcester, MA 01653



Independence Blue Cross
PO Box 8240
Philadelphia, PA 19101



Internal Revenue Service
Bankruptcy Specialist
PO Box 7346
Philadelphia, PA 19101-7346



M&T Bank
One M&T Plaza
Buffalo, NY 14203



M&T Bank
One M&T Plaza
Buffalo, NY 14203
```

Document    Page 9 of 10

Matthew Rifino, Esquire
McCarter & English
405 N. King Street
8th Floor
Wilmington, DE 19801


Philadelphia Indemnity Insurance Co.
One Bala Plaza, Suite 100
Bala Cynwyd, PA 19004


Richard Keaveney
102 South Water Street
Chestertown, MD 21620


# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Toppers Spa Salon Rittenhouse Square LLC**                                          Case No. _____
                                                        Debtor(s)                       Chapter  **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Toppers Spa Salon Rittenhouse Square LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Richard Keaveney**
**102 South Water Street**
**Chestertown, MD 21620**

☐ None [*Check if applicable*]

**July  7, 2023**                                          /s/ Harry J. Giacometti
Date                                                              **Harry J. Giacometti 55861**
                                                                      Signature of Attorney or Litigant
                                                                      Counsel for  **Toppers Spa Salon Rittenhouse Square LLC**
                                                                      **Flaster/Greenberg, P.C.**
                                                                      **1717 Arch Street**
                                                                      **Suite 3300**
                                                                      **Philadelphia, PA 19103**
                                                                      **(215) 279-9393**
                                                                      **harry.giacometti@flastergreenberg.com**